NORTHERN BLVD. AND MAIN REALTY CORPORATION, Appellant, v. ANSCHEL SALTZ et al., Respondents, et al., Defendants.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

YONKERS SAVINGS BANK, Respondent, v. ANNA M. DONOVAN, Appellant.—

No opinion. Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.